1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYSBN 2040855)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5042
7  Fax: (408) 535-5066
   matthew.parrella@usdoj.gov
8  Attorneys for Plaintiff

FILED

MAR 17 2009

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 5:08-mj-70669-PVT |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL |
| FAITH AMBERTHOMAS, | ) (San Jose Venue) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: 3/11/09

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MATTHEW A. PARRELLA
Assistant United States Attorney

NOTICE OF DISMISSAL (5:08-mj-70669-PVT)

1 | Leave of Court is granted to the government to dismiss that complaint. It is further ordered that
2 | the arrest warrant issued in connection with the complaint is quashed.

Date: 3/17/09

PATRICIA V. TRUMBULL
United States Magistrate Judge